## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

M.J.,

                Respondent

         v.

S.J.,

                Petitioner

: No. 605 WAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of January, 2015, the Petition for Allowance of Appeal and Motion to Consolidate are **DENIED**.